```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANGIE ESPINAL,

                                              Plaintiff,

                 -against-

BOSLEY, INC.,

                                          Defendant.
------------------------------------------------------------------X

**25-CV-1890 (JHR) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on May 20, 2025 (doc. no 10) the Initial Case Management Conference currently scheduled for **May 30, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
               May 20, 2025

                                                 */s/ Katharine H. Parker*
                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge